```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 34575
   BARBARA MARRERO
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-5703


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/30/05 and confirmed on 10/28/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  39500.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE SECURED VEHIC      12594.00         1129.09       12594.00
BECKET & LEE LLP         UNSECURED          16649.02           .00          2898.44
RESURGENT CAPITAL SERVIC UNSECURED           8813.32           .00          1534.32
BANK ONE/JPM CHASE       UNSECURED           3526.57           .00           613.94
DISCOVER BANK            UNSECURED          12710.75           .00          2212.82
ECAST SETTLEMENT CORPORA UNSECURED          23873.09           .00          4156.08
ECAST SETTLEMENT CORPORA UNSECURED          14445.57           .00          2514.84
ILLINOIS STUDENT ASSIST  UNSECURED          37962.82           .00          6608.97
ECAST SETTLEMENT CORPORA UNSECURED           1711.54           .00           297.96
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY     UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 12594.00       .00       119692.68       .00       132286.68
PRINCIPAL PAID     12594.00       .00        20837.37       .00        33431.37
INTEREST PAID       1129.09       .00            .00        .00         1129.09
TOTAL PAID         13723.09       .00        20837.37       .00        34560.46
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   1739.54 .

Refunds to the Debtor totaled $    500.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 03/16/09                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 34575 BARBARA MARRERO